IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLORIA GALVAN, | |
| Movant, | CRIMINAL CASE NO. |
| v. | 1:10-cr-302-JEC-RGV |
| UNITED STATES OF AMERICA, | CIVIL ACTION FILE NO. |
| Respondent. | 1:12-cv-3527-JEC-RGV |

**ORDER**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [39] recommending dismissing movant's denying movant's 28 U.S.C. § 2255 Motion to Vacate Sentence [38] pursuant to Rule 4(b). No objections to the Report and Recommendation [39] have been filed. The Court has reviewed the Final Report and Recommendation [39] on the merits and finds the magistrate judge's conclusions to be well-founded.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [39] **DISMISSING** movant's 28 U.S.C. § 2255 Motion to Vacate Sentence [38] pursuant to Rule 4(b). It is further Ordered that a certificate of appealability is **DENIED.**

SO ORDERED, this 26th day of NOVEMBER, 2012.


                              /s/ Julie E. Carnes
                              JULIE E. CARNES
                              CHIEF UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)