IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GLORIA GALVAN,<br>　　Movant,<br><br>v.<br><br>UNITED STATES,<br>　　Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>1:13-CV-02355-WBH<br><br>CRIMINAL ACTION NO.<br>1:10-CR-00302 |

## ORDER

This matter is before the Court for consideration of the Report and Recommendation (R&R), [Doc. 44], in which the Magistrate Judge recommends that the instant 28 U.S.C. § 2255 motion to vacate, [Doc. 43], be dismissed pursuant to Rule 4(b) of the Rules Governing § 2255 Motions. In the absence of objection from Movant, this Court concludes that the Magistrate Judge's findings and conclusions are correct.

Accordingly, this Court **ADOPTS** the R&R as the Order of this Court. The motion to vacate is **DENIED**, a certificate of probable cause to appeal is **DENIED**, and the Clerk is **DIRECTED** to enter judgment in favor of Respondent and to close the civil action.

**IT IS SO ORDERED**, this 26th day of August, 2014.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)